# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| JON AND DIANE TAXDAHL, | Civil No. 07-1314 (JRT/FLN) |
| Plaintiffs, | |
| v. | |
| VENMAR VENTILATION, INC., | **ORDER FOR DISMISSAL** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| VON WEISE USA, INC., | |
| Third-Party Defendant. | |

___

Based on the parties' Stipulation for Dismissal with Prejudice filed October 27, 2009 [Docket No. 134],

**IT IS HEREBY ORDERED** that all of the remaining claims in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** but without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 2, 2009
at Minneapolis, Minnesota.

                                                              s/ John R. Tunheim
                                                           JOHN R. TUNHEIM
                                                         United States District Judge